UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN FISHER,

    Plaintiff,

v.                                        Case No.  8:11-cv-2427-T-30EAJ

NATURCHEM, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Dkt. #3).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Dkt. #3) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 12, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2427.dismiss 3.wpd