UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN FISHER,

    Plaintiff,

v().                                    Case No. 8:11-cv-2427-T-30EAJ

NATURCHEM, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Dkt. #3). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Dkt. #3) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 12, 2012.

                                                  *[signature]*
                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cv-2427.dismiss 3.wpd